Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
ANTHONY BOUYER

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MARK L. GOLDENSON, individually and as trustee of THE GOLDENSON FAMILY TRUST DATED MAY 29, 1991 – SURVIVOR'S TRUST; MARK L. GOLDENSON, individually and as trustee of THE GOLDENSON FAMILY TRUST DATED MAY 29, 1991 – MARITAL TRUST-B2; CAESAR'S PASTRIES, INC., a California corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-01788-JWH-SHK <br><br> Hon. John W. Holcomb <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** <br><br> Complaint Filed: August 31, 2020 <br><br> Trial Date: None Set |

1    The Plaintiff hereby notifies the Court that a global settlement has been

2   reached in the above-captioned case and the Parties would like to avoid any

3   additional expense, and to further the interests of judicial economy.

4    The plaintiff, therefore, applies to this Honorable Court to vacate all currently

5   set dates with the expectation that the Voluntary Dismissal with prejudice, as to all

6   parties, will be filed within 45 days.

7

8

9   Dated: December 15, 2020                    **MANNING LAW, APC**

10

11                                      By:    */s/ Joseph R. Manning, Jr. Esq.*
                                               Joseph R. Manning, Jr., Esq.
12                                             Attorneys for Plaintiff
                                               James Rutherford
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28