Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MARK L. GOLDENSON, individually and as trustee of THE GOLDENSON FAMILY TRUST DATED MAY 29, 1991 – SURVIVOR'S TRUST; MARK L. GOLDENSON, individually and as trustee of THE GOLDENSON FAMILY TRUST DATED MAY 29, 1991 – MARITAL TRUST-B2; CAESAR'S PASTRIES, INC., a California corporation; and DOES 1- 10, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-01788-JWH-SHK <br><br> Hon. John W. Holcomb <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** <br><br> Complaint Filed: August 31, 2020 <br> Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.


Respectfully submitted,

DATED : December 22, 2020        **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE